IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL MONTANO,                              No. C-11-0367 TEH (PR)

        Plaintiff,

        v.                                 ORDER OF DISMISSAL

VINCENT S. CULLEN, Warden,

        Defendant(s).
_____/

      This civil rights action by a prisoner was filed on January 25, 2011. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

1 | Over forty days have elapsed since Plaintiff was notified
2 | of his filing deficiency; however, he has neither provided the Court
3 | with the requisite items nor filed a request for an extension of
4 | time to do so.  The action, therefore, is DISMISSED without
5 | prejudice.
6 | The Clerk shall terminate all pending motions as moot and
7 | close the file.

IT IS SO ORDERED.

DATED   *03/11/2011*      _____
                          THELTON E. HENDERSON
                          United States District Judge

G:\PRO-SE\TEH\CR.11\Montano-11-367-ifp-dismissal.wpd

2